UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HASSAN ABDULLAH TIDMORE,

    Defendant.
_____/

Case No. 1:09-cr-332-01

HONORABLE PAUL L. MALONEY

## MEMORANDUM OPINION AND ORDER

    Defendant Hassan Abdullah Tidmore has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

    Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10(c).

    However, Amendment 782 provides defendant with no relief due to the calculation of his sentence on Count Two under U.S.S.G. § 2K2.1, ordered to run concurrent with his sentence on Count One. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Hassan Abdullah Tidmore's motion modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 149) is **DENIED**.

Date:   February 9, 2015         /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 Chief United States District Judge